UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>        Plaintiff,<br><br>vs.<br><br>MAILROOM STAFF,<br><br>        Defendants.<br>_____/ | 1:06-cv-01223-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 4)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 18, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within eleven (11) days. On November 2, 2006, Plaintiff filed a motion to extend time. On December 11, 2006, the Court granted Plaintiff an additional twenty (20) days within which to respond. On January 10, 2007, Plaintiff filed Objections to the Magistrate Judge's Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendation to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendation, filed October 18,
8 2006, are ADOPTED IN FULL; and,
9    2.   This action is DISMISSED in its entirety.
10    3.   The Clerk of Court is DIRECTED to enter judgment in
11 accordance with this order.

IT IS SO ORDERED.

**Dated:   February 15, 2007**              **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE